UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| CORDOVA, EDWARD L. | ) | Case No. 08-13856-TUC EWH |
| CORDOVA, SONIA E. | ) | |
| | ) | **APPLICATION FOR PAYMENT** |
| Debtor(s) | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |
| | ) | |

    Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 106 | 11/18/2010 | AL Financial<br>5151 E Broadway Ste 225<br>Tucson AZ 85711 | $2,186.72 |

    The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $2,186.72 to the Clerk of the Court to be deposited in the Registry thereof.

| February 25, 2011 | /s/ Beth Lang |
|---|---|
| Date | Beth Lang, Trustee |